### In re: GLOBAL INDUSTRIAL TECHNOLOGIES, INC., et al., Debtors.

Hartford Accident and Indemnity Company; First State Insurance Company Co.; Twin City Fire Insurance Company; Century Indemnity Company, as successor to CIGNA Specialty Company, formerly known as California Union Insurance Company; Westchester Fire Insurance Company, for itself and for International Insurance Company (now known as TIG Insurance Company) (by operation of novation all rights and obligations under the policies have been transferred from International Insurance Co. to Westchester Fire Insurance Co.); National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; Lexington Insurance Company; American Home Assurance Company, and any other entities related to American International Group, Inc. that engaged in business transactions with the Reorganizing Debtors, Appellants.

No. 08–3650.

United States Court of Appeals, Third Circuit.

June 15, 2010.

Sally E. Edison, Esq., McGuirewoods, James J. Restivo, Jr., Esq., Paul M. Singer, Esq., David Ziegler, Esq., Reed Smith, Pittsburgh, PA, for Debtor.

Craig Goldblatt, Esq., Danielle M. Spinelli, Esq., Seth P. Waxman, Esq., Wilmer Cutler Pickering Hale & Dorr, Washington, DC, John D. Demmy, Esq., Stevens & Lee, Wilmington, DE, Michael S. Davis, Esq., Zeichner, Ellman & Krause, New York, NY, Beverly Weiss Manne, Esq., Tucker Arensberg Pittsburgh, PA, for Appellant.

PRESENT: McKEE, Chief Judge, SCIRICA, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, VANASKIE, and NYGAARD [1], Circuit Judges.

### AMENDED ORDER*

THEODORE A. McKEE, Chief Judge.

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ordered that the Clerk of this Court list the above case for rehearing *en banc* at the convenience of the Court.

---

1. Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.